JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA ESPINOZA SPENCER, | ) | Case No. CV 14-459 JFW (MRW) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| KIMBERLY HUGHES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 11, 2014

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE